Yankwitt LLP | 140 Grand Street, Suite 705, White Plains, New York 10601
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com | White Plains, NY
Atlantic City, NJ

September 23, 2026

**Via ECF**

MEMO ENDORSED

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re: *Yesenia Amancha v. Morais Miranda*, Civ. No. 26-4331 (S.D.N.Y.)**

Dear Judge Clarke:

We represent the parties in the above-captioned case, and write jointly regarding the Mediation Referral Order for Cases Filed Under the Fair Labor Standards Act ("FLSA"). (Dkt. No. 8.) After counsel and the mediator had an initial zoom call, Defendant Morais Miranda sought leave to move for a stay pending Miranda's criminal cases. (*See* Dkt. Nos. 13-15.) The Court granted leave and also adjourned *sine die* Miranda's date to respond to the Complaint. (Dkt. No. 12.) As such, the parties did not mediate. On September 18, 2026, the mediation office advised that a court order was required to adjourn the mediation. Given the posture of the case, the parties respectfully request that Your Honor adjourn the mediation at this time, and during the pendency of any stay (should a stay be granted).

We thank the Court for its courtesies.

Respectfully submitted,

YANKWITT LLP

By: /s/ Michael H. Reed
Russell M. Yankwitt
Michael H. Reed
*Counsel for Defendant Morais Miranda*

Respectfully submitted,

LAW OFFICES OF JOSEPH M. DASH

By: /s/ Joseph Dash_
Joseph Dash, Esq.
*Counsel for Plaintiff Yesenia Amancha*

Application GRANTED. The Court ADJOURNS mediation until determination of motion to stay.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge
Dated: September 25, 2026
White Plains, New York