Yankwitt LLP
140 Grand Street, Suite 705, White Plains, New York 10601
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com
White Plains, NY
Atlantic City, NJ

October 30, 2026

**MEMO ENDORSED**

**Via ECF**

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re: *Yesenia Amancha v. Morais Miranda*, Civ. No. 26-4331 (S.D.N.Y.)**

Dear Judge Clarke:

We represent defendant Morais Miranda and write regarding the conference scheduled for November 5 at 3:30 p.m. (Dkt. No. 23.) I have a previously scheduled deposition in Albany on November 5. Accordingly, with the consent of opposing counsel, I respectfully request that the Court adjourn the conference to one of the following dates: November 10, 16, 20. Other than this conference, there are currently no scheduled appearances in this matter. There have been no prior requests to adjourn the conference, and the adjournment will not impact any other scheduled dates. We thank the Court for its courtesies.

Respectfully,

YANKWITT LLP

By: [signature]
Russell M. Yankwitt
Michael H. Reed

Application GRANTED. The conference in this matter, previously scheduled for November 5, 2026, at 3:30 p.m., is RESCHEDULED to November 10, 2026, at 10:00 a.m., in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

SO ORDERED.

[signature]
JESSICA G. L. CLARKE
United States District Judge
Dated: October 30, 2026
White Plains, New York