UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESENIA AMANCHA,<br>Plaintiff,<br>-against-<br>MORAIS MIRANDA,<br>Defendant. | 26-CV-4331 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to the conference held in this matter on November 10, 2026, the parties are directed to submit a joint letter, setting forth their positions on discovery of Defendant's financial assets, as related to Plaintiff's request for punitive damages, to the Court by **November 17, 2026**.

Additionally, the Court GRANTS IN PART and DENIES IN PART Defendant's Motion to Stay. ECF No. 13.

Limited discovery may proceed, including only: (1) production of Plaintiff's documents and electronically stored information; (2) deposition of Plaintiff; and (3) depositions of third-party witness(es) identified by Plaintiff. The deadline for the completion of this discovery is **January 29, 2027**. The parties are ORDERED to submit a joint status letter, confirming completion of this limited discovery and updating the Court on the status of both the underlying criminal cases and settlement of the present action, no later than **February 5, 2027.**

Discovery in all other respects is STAYED.

The Clerk of Court is directed to terminate ECF No. 13.

Dated: November 10, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge